**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 16, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00493-CV**

---

**IN RE SOLA ENERGY RESOURCES, LLC, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-14596**

---

## MEMORANDUM OPINION

On June 21, 2019, relator Sola Energy Resources, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable R.K. Sandill, presiding judge of the 127th District Court of Harris County, to (1)

vacate his May 14, 2019 order denying relator's motion to dismiss for lack of subject matter jurisdiction and (2) grant such motion.

"A trial court has no discretion and must dismiss the case as a ministerial act when it lacks subject matter jurisdiction." *In re St. Thomas High Sch.*, 495 S.W.3d 500, 506 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding). "Mandamus is generally proper if a trial court lacks subject matter jurisdiction over the underlying proceeding, and in such a case, a relator need not establish that she lacks an adequate remedy by appeal." *Id*. at 514; *see also In re Crawford & Co*., 458 S.W.3d 920, 929 (Tex. 2015) (per curiam) (orig. proceeding).

Because relator has not established that the trial court lacks subject matter jurisdiction, we deny the petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Spain, and Poissant.